IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| United States of America | Crim. No. 4:05-cr-00036-TLW-1 |
| v. | **Order** |
| Isaiah Miller | |

On October 14, 2015, Defendant filed two motions requesting copies of the transcript from his sentencing hearing held on January 18, 2006, ECF Nos. 52, 53, presumably for purposes of his currently-pending appeal of this Court's denial of his motion pursuant to Amendment 782 to the sentencing guidelines, ECF Nos. 45, 47. He previously filed an identical motion in the Fourth Circuit and that motion is currently under consideration. No. 15-7421 (4th Cir.), ECF Nos. 9-1, 11. Accordingly, Defendant's motions pending before this Court are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

October 16, 2015
Columbia, South Carolina

1